FILED
CLERK, U.S. DISTRICT COURT

JUN 25 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Jess George Seapora,<br>　　　　　　Defendant. | Case No. CR 08-1261 AG<br><br>ORDER OF DETENTION AFTER HEARING<br>(Fed.R.Crim.P. 32.1(a)(6)<br>18 U.S.C. § 3143(a)<br>Allegations of Violations of<br>Probation/Supervised Release<br>Conditions) |

On arrest warrant issued by the United States District Court for the ____CDCA____ involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

　　A.　( ) the appearance of defendant as required; and/or

　　B.　(✓) the safety of any person or the community.

///
///
///
///
///
///

```
1    2.   The Court concludes:
2         A.   (✓) Defendant has failed to demonstrate by clear and
3              convincing evidence that he is not likely to pose
4              a risk to the safety of any other persons or the
5              community.  Defendant poses a risk to the safety
6              of other persons or the community based on:
7              _____
8              _____
9              _____
10             _____
11             _____
12        B.   ( ) Defendant has failed to demonstrate by clear and
13             convincing evidence that he is not likely to flee
14             if released.  Defendant poses a flight risk based
15             on: _____
16             _____
17             _____
18             _____
19             _____
20
21        IT IS ORDERED that defendant be detained.
22
23   DATED:    6/25/13
24
25                               _____
                                 HONORABLE JACQUELINE CHOOLJIAN
26                               United States Magistrate Judge
27
28
```